UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BONNIE CAMPBELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 06-cv-495-JPG

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before this Court is Magistrate Judge Wilkerson's Report and Recommendation ("R&R") recommending that plaintiff's Petition for Review of the Commissioner's Decision Denying Waiver of Recovery of Overpayment Disability Insurance Benefits filed by plaintiff Bonnie Campbell be denied (Doc. 18). Though the time for doing so has passed, the plaintiff has not objected to the R&R.

Because no objections have been filed, the Court's review is for clear error. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Nothing in the record suggests that Magistrate Judge Wilkerson committed clear error.

Therefore, this Court **ADOPTS** the R&R (Doc. 18), **DENIES** the Petition for Review of the Commissioner's Decision Denying Waiver of Recovery of Overpayment Disability Insurance Benefits filed by plaintiff Bonnie Campbell (Doc. 2), and **DIRECTS** the Clerk of Court to enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED: August 22, 2007.**

     s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **U.S. District Judge**