UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BONNIE CAMPBELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 06-cv-495-JPG

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States District Judge J. Phil Gilbert on August 9, 2007, the Petition for Review of the Commissioner's Decision Denying Waiver of Recovery of Overpayment Disability Insurance Benefits filed by plaintiff Bonnie Campbell is **DENIED**.

Judgement is entered in favor of defendant and against plaintiff Bonnie Campbell. Plaintiff shall take nothing from this action.

**DATED: August 22, 2007.**

                                         **NORBERT G. JAWORSKI, CLERK**

                                         **s/Vicki Lynn McGuire**
                                         **Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                   **J. PHIL GILBERT**
                   **U.S. District Judge**